*J. Sawyer Fitch* and *Hamilton C. Griswold* for appellants.
*Andrew L. Gilman* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

SYRACUSE GRADE CROSSING COMMISSION, Appellant and Respondent, *v.* M. A. WELLIN OIL COMPANY, INC., et al., Respondents and Appellants.

Argued January 7, 1946; decided January 24, 1946.

*Arthur M. Beach, John H. Walrath* and *James C. Tormey* for plaintiff, appellant-respondent.

*Stewart F. Hancock* for defendants, respondents-appellants.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.